UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA             :
                                                         :

           -v-                     :         20-CR-135-2 (JMF)
                                                         :

MICHAEL DELAGUILA,               :            __ORDER__
                                                       :

                     Defendant.          :
                                                       :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on **May 26, 2021** at **3:30 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York. Unless and until the Court orders otherwise, the proceeding will be held in person.

        All members of the public, including attorneys, must complete a questionnaire and have their temperature taken before being allowed entry into the Courthouse. **Attached to this Order are instructions and a link to the questionnaire.** In light of these protocols, counsel and Defendant should arrive at the Courthouse early to ensure that the proceeding can begin on time. *Two* masks (fully covering the mouth and nose) must be worn at all times while in the Courthouse. (Please note that bandanas, neck gaiters, or masks with exhalation valves or vents are not permitted.) If someone does not have adequate face covering, it will be provided upon entry by the Court Security Officers.

        In the interest of public health, and in order to comply with social distancing protocols **the parties are strongly encouraged to limit the number of people in the courtroom as much as possible.** Indeed, seating at both counsel table and in the public area of the courtroom will be severely limited. In view of those limitations and the restrictions on entry into the Courthouse, the Court will provide listen-only public access to the proceeding by telephone given the public health situation. Members of the public may listen to the proceeding by calling the Court's dedicated conference call line at (888) 363-4749, using access code 542-1540 followed by the pound (#) key.

        Finally, to minimize the need for physical contact among participants during the proceeding, **counsel are strongly encouraged to ensure that any documents requiring a signature are signed in advance of the proceeding and to submit any and all relevant documents to the Court in advance of the proceeding (via ECF or email, as appropriate)**.

        SO ORDERED.

Dated: May 10, 2021
      New York, New York
                                        JESSE M. FURMAN
                                   United States District Judge

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink, or scan the following QR code with a mobile device camera to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

https://app.certify.me/SDNYPublic



Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.